# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LO,<br><br>     Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>     Defendant. | 1:06at511<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Nancy Lo filed the instant action on October 20, 2006. She also filed an application to proceed in forma pauperis. However, the application was not completed.

Accordingly, Plaintiff is ORDERED to submit a completed application to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: __October 25, 2006__          /s/ **Dennis L. Beck**
3b142a                                UNITED STATES MAGISTRATE JUDGE

1