1  STUART BARASCH
   California Bar #74108
2  925 - 41st Street, Suite 102
   Miami Beach, FL 33140-3337
3  (305) 673-8366
   Fax (213) 621-2536
4  email: sblawoffice@aol.com

5  Attorney for Plaintiff

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LO, | 1:06-CV-01537-OWW-SMS |
| Plaintiff, | Hon. Santa M. Snyder<br>United States Magistrate Judge |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | AMENDED STIPULATION TO EXTEND TIME FOR PLAINTIFF TO DELIVER HER CONFIDENTIAL LETTER |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidence below, to extend the time for Plaintiff to prepare and deliver her confidential letter, pursuant to numbered paragraph 3 of the Court's Scheduling Order ("Order"), to June 18, 2007; and that all other scheduling dates set forth in the Order shall be extended accordingly.

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to prepare and deliver her confidential letter. This is plaintiff's first request for an extension of time.

DATED: May 18, 2007        S/Stuart Barasch
                           STUART BARASCH, Attorney for
                           Plaintiff NANCY LO


DATED: May 18, 2007        McGREGOR W. SCOTT
                           United States Attorney

                           S/Deborah Lee Stachel
                           *(as authorized by fax 5/7/2007)*
                           DEBORAH LEE STACHEL
                           Special Assistant United States Attorney
                           Attorneys for Federal Defendant
                           MICHAEL J. ASTRUE,
                           Commissioner of Social Security

ORDER

IT IS SO ORDERED this  24  day of   May  , 2007.


                           /s/ Sandra M. Snyder
                           HONORABLE SANDRA M. SNYDER
                           United States Magistrate Judge