STUART BARASCH
California Bar #74108
925 - 41ST Street, Suite 102
Miami Beach, FL 33140-3337
(305) 673-8366
Fax (213) 621-2536
Email: sblawoffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LO,<br><br>    Plaintiff(s),<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant(s). | Case No.: 1:06-cv-01537 OWW SMS<br><br>ORDER ON MOTION TO DISMISS THE COMPLAINT |

  On this date came on to be considered the Motion to Dismiss the Complaint. The Court is of the opinion that plaintiff's request should be GRANTED.

  It is, therefore, ORDERED that plaintiff's complaint be dismissed.

IT IS SO ORDERED.

**Dated: June 21, 2007**         /s/ Sandra M. Snyder
                     UNITED STATES MAGISTRATE JUDGE